No. 04–6313. WENDT v. RAINEY, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL.

C. A. 5th Cir. Certiorari denied.